NO. PD-0134-15

IN THE

COURT OF CRIMINAL APPEALS

AUSTIN, TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 06 2015

Abel Acosta, Clerk

PHILLIP LEO TORRES JR.

V.

THE STATE OF TEXAS

FILED IN
COURT OF CRIMINAL APPEALS

FEB 03 2015

Abel Acosta, Clerk

FROM APPEAL NO. 07-13-00332-CR

TRIAL CAUSE NO. 3616 A.

MEMPHIS, TEXAS    HALL    COUNTY

FIRST MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR

DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINALS APPEALS;

COMES NOW, PHILLIP LEO TORRES JR., PETITIONER AND FILES THIS MOTION FOR AN EXTENSION OF SIXTY (60) DAYS IN WHICH TO FILE A PETITION FOR DISCRETIONARY REVIEW. IN SUPPORT OF THIS MOTION. APPELLANT SHOWS THE COURT THE FOLLOWING;

I.

THE PETITIONER WAS CONVICTED IN THE 100th DISTRICT COURT OF HALL COUNTY, TEXAS OF THE OFFENSE OF AGGRAVATED ASSAULT WITH A DEADLY WEAPON. IN CAUSE NO. 3616, STYLED STATE OF TEXAS VS. PHILLIP LEO TORRES JR. THE PETITIONER APPEALED TO THE COURTS OF APPEALS, SEVENTH DISTRICT OF TEXAS AT AMARILLO, TEXAS SUPREME JUDICIAL DISTRICT THIS CASE WAS AFFIRMED ON DECEMBER 15, 2014.

II.

THE PRESENT DEADLINE FOR FILING THE PETITION FOR DISCRETIONARY REVIEW IS JANUARY, 15 2015 . THE PETITIONER HAS NOT REQUESTED ANY EXTENSION PRIOR TO THIS REQUEST.

III.

PETITIONER'S REQUEST FOR AN EXTENSION IS BASED UPON THE FOLLOWING FACTS; PETITIONER WAS NOT INFORMED OF THE DECISION OF THE COURT OF APPEALS IN AFFIRMING HIS CASE UNTIL DECEMBER 18, 2014 SINCE THAT TIME PETITIONER HAS BEEN ATTEMPTING TO GAIN LEGAL REPRESENTATION IN THIS MATTER. HIS ATTORNEY ON THE APPEAL HARLEY CAUDLE HAS NOT INFORMED PETITIONER THAT HE WILL OR WILL NOT REPRESENT HIM ON THE PETITION FOR DISCRETIONARY REVIEW.

WHEREFORE, PETITIONER PRAYS THIS COURT GRANT THIS MOTION AND EXTEND THE DEADLINE FOR FILING THE PETITION FOR DISCRETIONARY REVIEW IN CASE NO. 3616 TO SIXTY (60) DAYS.

PHILLIP LEO TORRES JR.
(PETITIONER, PRO SE)
TEXAS DEPARTMENT OF CRIMINAL JUSTICE
NEAL UNIT 9055 SPUR 591
TDCJ-ID #1825078
AMARILLO, TEXAS 79107

CERTIFICATE OF SERVICE

I CERTIFY THAT A TRUE AND CORRECT COPY OF THE ABOVE AND FOREGOING FIRST MOTION FOR EXTENSION OF TIME TO FILE A PETITION FOR DISCRETIONARY REVIEW, HAS BEEN FORWARDED BY U.S. MAIL, POSTAGE PREPAID, FIRST CLASS, TO THE ATTORNEY FOR STATE LUKE M. INMAN, AT HALL COUNTY, MEMPHIS, TEXAS AND TO THE STATE PROSECUTING ATTORNEY, P.O. BOX 12405, AUSTIN, TEXAS 78711 ON THIS THE DAY OF JANUARY 28, 2015.

PHILLIP LEO TORRES JR.
PETITIONER, PRO SE

I PHILLIP LEO TORRES JR. #1825078 BEING PRESENTLY INCARCERATED IN THE NEAL UNIT OF THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE IN AMARILLO, TEXAS POTTER COUNTY TEXAS, VERIFY AND DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS ARE TRUE AND CORRECT. EXECUTED ON THIS THE 28th DAY OF JANUARY 2015

PHILLIP LEO TORRES JR. #1825078
NEAL UNIT 9055 SPUR 591
AMARILLO, TEXAS 79107

PHILLIP LEO TORRES JR. # 1825078
NEAL UNIT
9055 SPUR 591
AMARILLO TEXAS
79107

78711⊠2405

DISTRICT CLERK/ABEL ACOSTA
Court of Criminal Appeals of Texas
P.O. Box 12405 Capitol Station,
Austin, Texas
78711

FOREVER
USA